IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Jennifer Hart, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Barbeque Integrated, Inc. d/b/a Smokey Bones,<br><br>Defendant. | ) | Civil Action<br>No. 2:17-cv-227-PMD<br><br>**NOTICE OF FILING OF CONSENT TO BECOME PARTY** |

Plaintiff, Jennifer Hart, on behalf of herself and all others similarly situated, by and through her undersigned counsel, hereby submits this Notice of Filing of Consent to become Party along with the Notice of Consent to become Party forms of the following individuals, pursuant to 29 U.S.C. § 216(b): Loxleigh Olphin, Brittany Kohler, Jocelyn Cannon, Karolyn Miller, Kala Stormant, Kelly Schirle, Jasmine Rideau, Jason Pennington, Angelica McCormick, Brittney Lord, Tiffany Lamoyea, Rebecca Hunter, Lisa Hamder, Victoria Gunstrom, Rosemarie Giannasca, Paige Dickerson, Tyler Campbell, Morgan Best, Elizabeth Szczepanski, and Ariana Verducci.

{*signature page follows*}

FALLS LEGAL, LLC

s/ J. Scott Falls

J. Scott Falls
Federal I.D. No. 10300
E-mail: scott@falls-legal.com
Ashley L. Falls
Federal I.D. No. 12083
E-mail: ashley@falls-legal.com
245 Seven Farms Drive, Suite 250
Charleston, South Carolina 29492
Telephone: (843) 737-6040
Facsimile: (843) 737-6140

Counsel for Plaintiff Jennifer Hart on behalf of herself and all others similarly situated

Charleston, South Carolina
April 9, 2018