IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jennifer Hart, Deontae Hardee, Olivia Collazo, Brian Christman, Jennifer Vermette, and Sarah Miller, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Barbeque Integrated, Inc. d/b/a Smokey Bones,<br><br>Defendant. | Civil Action<br>No. 2:17-cv-227-BHH<br><br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

Plaintiffs, Jennifer Hart, Deontae Hardee, Olivia Collazo, Brian Christman, Jennifer Vermette, and Sarah Miller, on behalf of themselves and all others similarly situated, and with Defendant's consent, hereby move this Court for preliminary approval of a class and collective action, as set forth in the Memorandum and exhibits submitted herewith. In support of this Motion, Plaintiffs state as follows:

Plaintiffs submit hat the terms of the Settlement Agreement represent the fair, reasonable, and adequate resolution of a *bona fide* dispute as to Defendant's alleged liability under the Fair Labor Standards Act, 29 U.S.C. § 216(b) (the "FLSA") and state wage and hour laws as to the Opt-In Plaintiffs and Class Members. Plaintiffs would respectfully request that the Court preliminarily approve the Settlement Agreement and implement its terms, further described in the Memorandum and Proposed Order.

Respectfully submitted this 23rd day of April, 2019.

        FALLS LEGAL, LLC

        s/ J. Scott Falls
        J. Scott Falls
        Attorney Identification No. 10300
        Email: scott@falls-legal.com
        Ashley L. Falls
        Attorney Identification No. 12083
        Email: ashley@falls-legal.com
        245 Seven Farms Dr., Suite 250
        Charleston, South Carolina 29492
        Telephone: (843) 737-6040
        Facsimile: (843) 737-6140

        Douglas M. Werman
        Admitted *pro hac vice*
        Email: dwerman@flsalaw.com
        Zachary C. Flowerree
        Admitted *pro hac vice*
        Email: zflowerree@flsalaw.com
        Werman Salas P.C.
        77 W. Washington St., Ste. 1402
        Chicago, IL 60602
        Telephone: (312) 419-1008
        Facsimile: (312) 419-1025

        Attorneys for Plaintiffs Jennifer Hart, Deontae
        Hardee, Olivia Collazo, Brian Christman, Jennifer
        Vermette, and Sarah Miller, on behalf of themselves
        and all others similarly situated

Charleston, South Carolina
April 23, 2019