IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jennifer Hart, Deontae Hardee, Olivia Collazo, Brian Christman, Jennifer Vermette, and Sarah Miller, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>Barbeque Integrated, Inc. d/b/a Smokey Bones,<br><br>            Defendant. | Civil Action<br>No. 2:17-cv-227-BHH<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS & COLLECTIVE ACTION** |

Plaintiffs, on behalf of themselves and on behalf of all employees similarly situated, including all Opt-In Plaintiffs (either "Opt-In" or "Opt-Ins"), [all collectively, "Plaintiffs"], by and through the undersigned counsel, hereby submit this Unopposed Motion for Final Approval of Class and Collective Action. The proposed settlement is fair, reasonable, and adequate, and satisfies all of the criteria for final approval under applicable law. For the reasons set forth below, Plaintiffs respectfully request that this Court enter an Order:

(1)     certifying the proposed Settlement Classes defined in the Settlement Agreement (ECF No. 183-2), for settlement purposes only, under Federal Rules of Civil Procedure 23(a) and 23(b)(3);[1]

(2)     granting final approval of the settlement agreement and incorporating by reference all the terms, conditions, and obligations set forth therein;

(3)     ordering the Settlement Claims Administrator to distribute the settlement funds in accordance with the terms of the Settlement Agreement;

---

[1] Unless otherwise indicated, all terms used herein will have the same meaning as defined in the Settlement Agreement.

(4) retaining jurisdiction of this action in order to enter such further orders as may be necessary or appropriate in administering and implementing the terms and provisions of the Settlement Agreement; and

(5) granting any other relief that the Court deems just and proper.

Plaintiffs have submitted a Memorandum in Support of this Motion and a Proposed Order relating to the same.

**FALLS LEGAL, LLC**

s/ J. Scott Falls
J. Scott Falls
Attorney Identification No. 10300
Email: scott@falls-legal.com
Ashley L. Falls
Attorney Identification No. 12083
Email: ashley@falls-legal.com
245 Seven Farms Dr., Suite 250
Charleston, South Carolina 29492
Telephone: (843) 737-6040
Facsimile: (843) 737-6140

**WERMAN SALAS, P.C.**

Douglas M. Werman
Admitted *pro hac vice*
Email: dwerman@flsalaw.com
Zachary C. Flowerree
Admitted *pro hac vice*
Email: zflowerree@flsalaw.com
Werman Salas P.C.
77 W. Washington St., Ste. 1402
Chicago, IL 60602
Telephone: (312) 419-1008
Facsimile: (312) 419-1025

**Attorneys for Plaintiffs, on behalf of themselves all others similarly situated**

Charleston, South Carolina
August 12, 2019